IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02866-JLK-KLM

QWEST COMMUNICATIONS COMPANY, LLC,

    Claimant,

v.

ALLCOM DISTRIBUTION CORP.,

    Respondent.
_____

ORDER FOR DEFAULT JUDGMENT
_____

KANE, J.

    Upon consideration of the Motion for Entry of Default and Default Judgment (Doc. 4), its supporting exhibits, and the Affidavit of Gary L. Swingle, and default having already been entered by the Clerk pursuant to Fed. R. Civ. P. 55(a), IT IS NOW ORDERED that DEFAULT JUDGMENT shall enter in favor of Qwest Communications Co., LLC, and against Allcom Distribution Corp., in the amount of $1,772,058.38 in accordance with the Order and Judgment for Claimant in the arbitration, which is attached to this Order.

Dated February 7, 2011.                  **s/John L. Kane**
                                                SENIOR U.S. DISTRICT JUDGE